JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. DREW, | ) Case No. CV 10-5345-AHM (DTB) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| TIMOTHY H. BUSBY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 4, 2012

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

1